# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Cornelius Walker
                          Plaintiff,

v.                                            Case No.: 1:20−cv−00261
                                                      Honorable Mary M. Rowland

Thomas Dart, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic motion hearing held and continued to 2/18/25 at 9:00am in courtroom 1225. The matter is currently pending in the court of appeals. This court entered final judgment after considering Mr. Walker's standing to challenge whether a ramp at the Cook County Jail violates the ADA. [250]. Plaintiff has filed a motion to reconsider and a motion to supplement the record on the issue of standing [251][255]. These motions raise a substantial issue under FRAP 12(a). Moreover, Walker's second amended complaint [34] alleged the shower at the Cook County Jail violated the ADA and that he suffered an injury as a result. That issue is pending. The court improperly entered final judgment. The Court would vacate the final judgment on that basis if permitted under FRAP 12(a). Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.