No. 25-1191

IN THE UNITED STATES DISTRICT COURT
OF APPEALS FOR THE SEVENTH CIRCUIT

| Cornelius Walker, | ) | Appeal from the United States |
| | ) | District Court for Northern |
| | ) | District of Illinois, Eastern |
| | ) | Division |
| | ) | |
| *Plaintiff-Appellant,* | ) | |
| | ) | |
| | ) | No. 20-cv-261 |
| *-vs-* | ) | |
| | ) | |
| | ) | The Honorable Mary M. |
| | ) | Rowland, Judge Presiding. |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| *Defendants-Appellants.* | ) | |
| | ) | |

## DOCKETING STATEMENT

Plaintiff-Appellant invoked the jurisdiction of the district court under 28 U.S.C. § 1331 to assert claims arising under Section 202 of the Americans with Disabilities Act, 42 U.S.C. § 12132, and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794(a).

The Seventh Circuit does not presently have jurisdiction pursuant to 28 U.S.C. § 1291:

a) The district court entered a memorandum opinion and order on January 21, 2025, terminating this civil case. Dkt. 249.

b) Judgement was entered on January 21, 2025. Dkt. 250.

c) On January 24, 2025, plaintiff filed a post-judgment motion. Dkt. 251. The district court set February 6, 2025, for a hearing on this motion. Dkt. 252. This motion rendered an otherwise final decision of a district court not final for purposes of an appeal. *See Nutraceutical Corp. v. Lambert*, 139 S. Ct. 710, 717 (2019), citing *United States v. Ibarra*, 502 U.S. 1 (1991) (per curiam).

d) On January 27, 2025, plaintiff filed a petition for permission to appeal with the Seventh Circuit in accordance with Rule 23(f).

e) The Seventh Circuit, on January 29, 2025, determined Rule 23(f) is not appropriate since the "district court entered a final decision" and construed plaintiff's petition "to bring an interlocutory appeal as a notice of appeal for case No.1:20-cv-0261 in the District Court for the Northern District of Illinois, Eastern Division." Case No. 25-8003, Document 2.

f) The district court clerk filed a notice of appeal by plaintiff on January 29, 2025. Dkt. 260. This transaction was entered on February 7, 2025. *Id.*

g) Plaintiff filed a motion to correct the record calling attention to the post-judgment motion that rendered an otherwise final decision not

final for purposes of appeal. This motion was denied by the Seventh Circuit on January 30, 2025. Case No. 25-8003, Document 4.

h) The district court held a motion hearing on February 6, 2025, regarding plaintiff's post-judgment motion. The district court's order following this hearing recognized plaintiff Walker has an individual claim regarding an allegedly non-ADA compliant shower that "is pending" and "[t]he court improperly entered final judgment." Case No. 25-1191, Document 2. The order further states "the Court would vacate the final judgment on that basis if permitted under FRAP 12(a)." *Id.* The district court also acknowledged plaintiff's pending motion to reconsider and a motion to supplement the record on the issue of standing "raise a substantial issue under FRAP 12(a)." *Id.*

> /s/ <u>Patrick W. Morrissey</u>
> THOMAS G. MORRISSEY, LTD.
> ARDC No. 6309730
> 10257 S. Western Ave.
> Chicago, IL 60643
> (773) 233-7901
>
> pwm@morrisseylawchicago.com
>
> *An attorney for plaintiff-appellant*

## CERTIFICATE OF SERVICE

I certify that on February 10, 2025, I electronically filed the foregoing Docketing Statement with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participant in this case, named below, is a registered CM/ECF user and will be served by the CM/ECF system.

Samuel D. Branum
branums@jbltd.com

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773)233-7900
pwm@morrisseylawchicago.com
*An attorney for plaintiff-appellant*