No. 25-1191

IN THE UNITED STATES COURT
OF APPEALS FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| Cornelius Walker, *individually and on behalf of a class*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Appeal from the United States District Court for Northern District of Illinois, Eastern Division |
| *Plaintiff-Appellant,* | | |
| | | No. 20-cv-261 |
| *-vs-* | | |
| | | The Honorable Mary M. Rowland, Judge Presiding. |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | | |
| *Defendants-Appellants.* | | |

## STATUS REPORT BY PLAINTIFF-APPELLANT

Cornlius Walker, the Plaintiff-Appellant, submits this status report in accordance with the Court's order entered on February 12, 2025 to provide an update on the Rule 59 motion for reconsideration. Document 4.

1. The Rule 59 motion for reconsideration has been fully briefed as of March 7, 2025. During the most recent status hearing, the district court indicated that a

ruling on the motion is unlikely by March 12, 2025. *See* Dkt. 266, Transcript from 2/18/2025 Hearing at 37:17-20.

2. At the February 18, 2025 status hearing, the district court stated that Plaintiff-Appellant had standing at the time the Rule 23(b)(2) and (b)(3) classes were certified and that the certification rulings were not erroneous. *See* Dkt. 266, Transcript from 2/18/2025 Hearing at 13:8-12.

3. Additionally, on February 18, 2025, the district court vacated final judgment. Dkt. 265. The district court "erred in entering final judgment because Plaintiff Walker has an individual claim pending alleging that defendant violated the ADA by failing to provide a fixed bench in the shower." *Id.*

Respectfully submitted,

/s/ Patrick W. Morrissey
THOMAS G. MORRISSEY, LTD.
ARDC No. 6309730
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901

pwm@morrisseylawchicago.com

*An attorney for plaintiff-appellant*

## CERTIFICATE OF SERVICE

I certify that on March 12, 2025, I electronically filed the foregoing Status Report with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participant in this case, named below, is a registered CM/ECF user and will be served by the CM/ECF system.

    Samuel D. Branum
    branums@jbltd.com

                                        /s/  Patrick W. Morrissey
                                               Thomas G. Morrissey, Ltd.
                                               10257 S. Western Ave.
                                               Chicago, IL 60643
                                               (773)233-7900
                                               pwm@morrisseylawchicago.com
                                               *An attorney for plaintiff-appellant*